UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS T. MOORE, and<br>KRISTINA A. MOORE,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SACRAMENTO,<br>DEPARTMENT OF CHILD, FAMILY<br>AND ADULT SERVICES, et. al.<br><br>        Defendants. | No. 2:19-cv-844-JAM-KJN PS<br><br><br>ORDER TO SHOW CAUSE |

On June 7, 2019, the court denied plaintiffs' motion to proceed *in forma pauperis* and ordered plaintiffs to pay the filing fee on a set installment schedule of $80 per month, with payments due July 15, August 15, September 16, October 15, and November 15. (ECF No. 3.) The court informed plaintiffs that after the first installment was made, it would order service on defendants. (Id.) The court also expressly cautioned plaintiffs that failure to timely pay the amounts due may result in dismissal of the action. (Id.) On July 15, plaintiffs made the first installment payment, and the court ordered service and issued a scheduling order (ECF No. 5.) However, plaintiffs failed to make their next installment payment toward the required court filing fees, and have not requested an extension to do so.

///

The court has considered whether the action should be dismissed at this juncture. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, the court first attempts lesser sanctions by issuing an order to show cause and imposing monetary sanctions. Given that plaintiff is proceeding in forma pauperis, the amount of monetary sanctions imposed is necessarily minimal.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days of this order, plaintiffs shall pay the Clerk of Court $100.00 in monetary sanctions for failure to comply with the court's orders.
2. Within 21 days of this order, plaintiffs shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders.
3. Alternatively, and in lieu of paying the monetary sanctions and responding to the order to show cause, plaintiffs may instead file a notice of voluntary dismissal of the action without prejudice within 21 days of this order.
4. Failure to timely comply with all terms of this order will result in dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).
5. The Clerk of Court shall serve a copy of the court's June 7, 2019 order on plaintiffs along with this order.

Dated: August 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

moor.844