| | |
|---|---|
| OTIS T. MOORE, and<br>KRISTINA A. MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br>DEPARTMENT OF CHILD, FAMILY<br>AND ADULT SERVICES, et. al.<br><br>Defendants. | No. 2:19-cv-844-JAM-KJN PS<br><br><br><u>ORDER</u> |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On June 7, 2019, the Court denied Plaintiffs' motion to proceed in forma pauperis and ordered Plaintiffs to pay the filing fee on a set installment schedule of $80 per month, with payments due July 15, August 15, September 16, October 15, and November 15. (ECF No. 3.) On July 15, Plaintiffs made the first installment payment, and the Court ordered service and issued a scheduling order. (ECF No. 5.) However, it appeared to the Court that Plaintiffs did not make their August installment. Thus, the Court ordered Plaintiffs to show cause why they should not be sanctioned for failing to follow the previous order. (ECF No. 10.)

On August 16, Plaintiffs appeared at the public counter, attempting to pay their September installment. The Clerk informed Plaintiffs of the Court's pending OSC, but Plaintiffs disputed that they had missed the August payment. After some investigation, the Clerk confirmed that the

1

August payment had in fact been made, but due to a docketing error the payment was not reflected in the Court's records. The Clerk entered a note recognizing Plaintiffs' August installment payment, and accepted their September installment.

Accordingly, the order to show cause (ECF No. 10) is DISCHARGED without the levying of any sanctions.

IT IS SO ORDERED.

Dated: September 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE