| | |
|---|---|
| OTIS T. MOORE, and<br>KRISTINA A. MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br>DEPARTMENT OF CHILD, FAMILY<br>AND ADULT SERVICES, AND THE<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES<br><br>Defendants. | No. 2:19-cv-844-JAM-KJN PS<br><br>ORDER SETTING FURTHER<br>STATUS CONFERENCE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On December 6, 2019 the Court conducted a status (pretrial scheduling) conference in this matter. At the status conference, Plaintiffs Otis and Kristina Moore appeared on their own behalf, and attorney Amanda McDermott appeared on behalf of Defendant. After considering the status report (ECF No. 14) and the parties' representations at the status conference, the Court refrains from issuing a full scheduling order at this time. Instead, the Court orders that initial disclosures be exchanged no later than January 7, 2020. All other scheduling matters will be resolved after the next status conference, which the Court sets for February 6, 2020, at 10:00 a.m., in Courtroom

////

////

1

25. A joint status report is due no later than seven days prior to this hearing.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2