UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS T. MOORE, and<br>KRISTINA A. MOORE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:19-cv-0844-JAM-KJN PS<br><br>ORDER<br><br>(ECF No. 21.) |

On December 6, 2019 the Court conducted a pretrial scheduling conference, but refrained from issuing a full scheduling order. (ECF No. 19.) Instead, the Court ordered initial disclosures be exchanged no later than January 7, 2020, along with the parties updating the Court on, among other things, whether they could obtain records from the juvenile court. A February 6, 2020 status conference was set, with a joint statement due a week prior. The joint statement (ECF No. 21) indicates Defendants have yet to obtain the records, and also that they intend to file a Rule 12 motion "in the very near future." Therefore, the Court will delay issuing a discovery and pretrial schedule, at this time. If Defendants have not filed their Rule 12 motion by no later than **March 5, 2020**, the Court will issue a scheduling order based on the joint statement. The Court hereby VACATES the February 6, 2020 hearing.

Dated: February 3, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE